# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 15CR01144-MMA |
|---|---|---|
| Plaintiff, | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | ) | |
| ALFONSO MONTERO VAZQUEZ (7), | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Alfonso Montero-Vasquez (7).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED: 05/30/2024

HONORABLE MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE